O

JS - 6

cc: order, docket and remand letter to
Los Angeles Superior Court, West Covina
case no. 10 U 01360

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AURORA LOAN SERVICES, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>SUMIKAT CASTALONE DE JESUS,<br><br>    Defendant. | Case No. CV 10-07890 DDP (RZx)<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO REMAND**<br><br>[Motion filed on March 21, 2011] |

    Presently before the court is Plaintiff's motion to remand this case to state court. Because Defendant has not filed an opposition, the court GRANTS the motion.

    This is a residential unlawful detainer action commenced after a foreclosure sale. In April 2006, a Deed of Trust, executed by Defendant regarding the real property located at 3224 Stella Avenue, West Covina, CA 91792, was recorded. (Pl.'s Compl., Ex. A.) On May 7, 2010, the trustee conducted a sale of the property. Following the foreclosure sale, Plaintiff acquired title to the property. On August 12, 2010, Plaintiff filed an unlawful detainer action against Defendant in Los Angeles County Superior Court. On October 20, 2010, Defendant filed a notice of removal to remove the

action from Los Angeles County Superior Court to the Unites States District Court for the Central District of California. On March 21, 2011, Plaintiff filed this motion to remand, which was scheduled for a hearing on April 25, 2011.

Pursuant to Local Rule 7-9, a party opposing a motion is required to file an opposition by no later than twenty-one days before the hearing. C.D. Cal. Local R. 7-9. Failure to file an opposition within the deadline may be deemed consent to granting the motion. C.D. Cal. Local R. 7-12. Therefore Defendant's opposition to Plaintiff's motion was due by April 4, 2011. As of the date of this Order, Defendant has not filed any response to Plaintiff's motion. Accordingly, the court regards all parties as consenting to remand.

For the foregoing reasons, Plaintiff's motion to remand is hereby GRANTED.

In addition, the Scheduling Conference set for May 6, 2011 is VACATED.

IT IS SO ORDERED.

Dated: April 21, 2011

*[signature]*

DEAN D. PREGERSON
United States District Judge